FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION         01 FEB 26 AM 9: 47

U.S. DISTRICT COURT
N.D. OF ALABAMA

DAVID LUCAS,                    )
                                )
        Petitioner,             )
                                )
v.                              )   CIVIL ACTION NO. 99-B-0648-S
                                )
WARDEN BILLY MITCHELL and       )
THE ATTORNEY GENERAL FOR THE    )   **ENTERED**
STATE OF ALABAMA,               )
                                )   FEB 2 6 2001
        Respondents.            )

## MEMORANDUM OPINION

The petitioner has filed this action challenging his 1994 Jefferson County Circuit Court conviction on the charge of unlawfully possessing burglary tools.[1] On January 10, 2001, the magistrate judge assigned this matter entered a Report and Recommendation that the action be dismissed because it was barred by the applicable statute of limitations. *See* 28 U.S.C. § 2244(d). On January 25, 2001, the petitioner filed various objections to the Report and Recommendation, which are presently before this court. He asserts that the magistrate judge misconstrued his arguments and that this court should rule on the merits of his Fourth and Sixth Amendment claims. Specifically, he asserts that there was no probable cause to support his arrest on the possession of burglary tools charge at the time the officers took him into custody and that his counsel at trial was ineffective in failing to recognize that an illegal arrest had occurred.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent

---

[1] The petitioner was convicted under ALABAMA CODE § 13A-7-8(a).

17

conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied with prejudice because the petition is time barred by the applicable statute of limitations. In addition, the petitioner has not made a showing of actual innocence on the possession of burglary tools charge to warrant further consideration of whether the United States Constitution requires an actual innocence exception to the statute of limitations. *See Wyzykowski v. Department of Corrections*, 226 F.3d 1213 (11th Cir.), *cert. denied*, ___ U.S. ___, 121 S. Ct. 50, 148 L. Ed. 2d 19 (2000). An appropriate order will be entered.

**DONE**, this 29th day of February, 2001.

*Sharon Lovelace Blackburn*
**SHARON LOVELACE BLACKBURN**
United States District Judge